■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v DENNIS JOSEPH, Defendant. [987 NYS2d 238]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from two judgments of the Supreme Court, Kings County, both rendered January 5, 2012.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Balkin, Hall and Miller, JJ., concur.